JAMES H. SCOTT, JR., et al., complainant-respondent,

v.

P. LORILLARD COMPANY, a corporation, defendant-appellant.

[Argued May 27th, 1931. Decided December 3d, 1931.]

*Messrs. McCarter & English (Mr. Robert H. McCarter,* of counsel), and *Mr. John H. Bocock,* of the Virginia bar (on the brief), for the respondents.

*Messrs. Pitney, Hardin & Skinner (Mr. Merrit Lane, Mr. Shelton Pitney* and *Mr. Mahlon Pitney,* of counsel), for the appellant.

PER CURIAM.

The decree appealed from will be affirmed. The reasons for our determination are as stated in the opinion filed in the court below by Vice-Chancellor Bigelow, and reported in *108 N. J. Eq. 153;* except, however, as to such part thereof as expresses an apprehension that the passage of the disputed by-law by the stockholders was beyond their jurisdiction and was an encroachment on the powers of the board of directors. The vice-chancellor's observations in that respect are not essential to the conclusion reached and as to them we reserve opinion.

*For affirmance*—TRENCHARD, PARKER, LLOYD, CASE, BO-DINE, DALY, DONGES, VAN BUSKIRK, KAYS, JJ. 9.

*For reversal*—CAMPBELL, DEAR, WELLS, JJ. 3.